

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2019

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellants

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The Unopposed Motion for Extension of Time to File Appellee's Brief is hereby GRANTED. Time is extended to March 1, 2019. "No further extensions absent extraordinary circumstances."

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court